No. 83–6339. HANSON *v.* ILLINOIS. Appeal from App. Ct. Ill., 5th Dist., dismissed for want of jurisdiction. Treating the

papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.